UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRYANT CUNNINGHAM                                                      PLAINTIFF
#252-302

V.                         No. 4:22-CV-794-BRW-JTR

ARRENDER, Officer, Pulaski
County Sheriff's Office, Pulaski
County Regional Detention Facility                                     DEFENDANT

**ORDER**

On June 15, 2023, mail sent to Plaintiff Bryant Cunningham ("Cunningham") at his address of record, the Pulaski County Regional Detention Facility, was returned as undeliverable with the notation "No Longer Here." *Doc. 7*. Cunningham has not provided the Court with a change of address. The Court has previously notified Cunningham of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 3 at 1*.

IT IS THEREFORE ORDERED THAT:

1. If Cunningham wishes to continue pursuing this lawsuit, he must file a notice of his current mailing address by **July 17, 2023**.

2. If Cunningham does not timely and properly comply with this Order, this case may be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

SO ORDERED, this 16th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE